SEALED

FILED
June 17, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: VL
Deputy

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**Case No: SA:26-CR-00325-OLG**

**UNITED STATES OF AMERICA**

**Plaintiff**

**v.**

[redacted]
**(2) ALEXANDER REYNA**

**Defendants**

**INDICTMENT**

**COUNT 1:** 21:846, 841(a)(1) - Conspiracy to Possess with Intent to Distribute Cocaine

**COUNT 2-4:** 21:841(a)(1); 18:2 – Possession with Intent to Distribute Cocaine and Aiding and Abetting

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1))

That from on or about July of 2025, and continuing through and including August 18, 2025, in the Western District of Texas and elsewhere, Defendants,

[redacted]
**(2) ALEXANDER REYNA**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of cocaine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| [redacted] | quantity of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(C) |
| **(2) ALEXANDER REYNA** | quantity of a mixture or substance containing a detectable amount of cocaine | 21 U.S.C. § 841(b)(1)(C) |

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO**
(21 U.S.C. §§ 841(a)(1) & 18 U.S.C. §2)

That on or about July 22, 2025, in the Western District of Texas, Defendants,

[redacted]
**(2) ALEXANDER REYNA**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT THREE**
(21 U.S.C. §§ 841(a)(1) & 18 U.S.C. §2)

That on or about August 6, 2025, in the Western District of Texas, Defendants,

[redacted]

**(2) ALEXANDER REYNA**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

**<u>COUNT FOUR</u>**
(21 U.S.C. §§ 841(a)(1) & 18 U.S.C. §2)

That on or about August 18, 2025, in the Western District of Texas, Defendants,

[redacted]
**(2) ALEXANDER REYNA**

knowingly and intentionally possessed with intent to distribute a controlled substance, and aided and abetted the knowing and intentional possession with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

[redacted]

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: ______________________________
FOR DAPHNE D. NEWAZ
Assistant United States Attorney